# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 22-SW-286 LDA
)
)
One Apple iPad A2200 )
(serial number DMPCMCNEMDG1) )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A: One Apple iPad A2200 (serial number DMPCMCNEMDG1)

located in the ---------------------- District of       Rhode Island       , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252(a)(2) & (a)(4) | Possession & Distribution of Child Pornography. |

The application is based on these facts:
See attached affidavit, incorporated by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

*Applicant's signature*

Special Agent Michael Agostinho, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
sworn telephonically and signed electronically   *(specify reliable electronic means)*.

Date: August 26, 2022

*Judge's signature*

City and state: **Providence RI**   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*